IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS GETTY,

    Petitioner,                     No. CIV S-06-0192 GEB KJM P

    vs.

A.H. WHITTEN, et al.,

    Respondents.                ORDER

_____/

        Plaintiff is a state prison inmate who has filed an action that he calls a petition a petition for a writ of habeas corpus under 28 U.S.C. § 2254. He does not challenge his conviction or sentence or otherwise seek release from his confinement, but rather seeks a restraining order to prevent defendant Whitten from retaliating against him. This complaint might be cognizable in a civil rights action. 42 U.S.C. § 1983; see Wilkinson v. Dotson, 544 U.S. 74, 125 S. Ct. 1242, 1248 (2005).

        The court will order the Clerk of the Court to send plaintiff the form for a civil rights action by a person in custody. If plaintiff wishes to pursue such an action, he should return the new form, which will be subject to screening by the court. 28 U.S.C. § 1915A(a). Should plaintiff wish to pursue a civil rights action, the court will act on petitioner's request to proceed in forma pauperis at that time.

1

      Accordingly, IT IS HEREBY ORDERED that:

      1. The petition is dismissed.

      2. The Clerk of the Court is directed to send plaintiff the form for a civil rights action by a person in custody.

      3. Should plaintiff wish to pursue a civil rights action, he should return the form, bearing this case number, within thirty days of the date of this order.  Failure to comply will result in the recommendation that the action be dismissed.

DATED: June 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
gett0192.nh