IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS GETTY,** | 2:06-cv-0192 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **A. H. WHITTEN, et al.,** | |
| Defendants. | |

Defendants' request for a forty-five day extension of time to file a responsive pleading was considered by this Court and, good cause appearing,

**IT IS ORDERED** that Defendants Whitten and Cullen shall have forty five days, to and including August 7, 2007, in which to file a response responsive pleading.

DATED: June 20, 2007.

_____
U.S. MAGISTRATE JUDGE

*Order*

1